August 25, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

RWH HOMEBUILDERS, LP, Appellant/Cross-Appellee

NO. 14-13-00948-CV                          V.

BLACK DIAMOND DEVELOPMENT LLP AND KIRBY FRANK, INC.,
Appellees/Cross-Appellants

_____

This cause, an appeal from the judgment in favor of appellant/cross-appellee, RWH Homebuilders, LP, signed, July 11, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.